UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 5:25-cv-01651-SP | Date | May 22, 2026 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. E&L Gonzalez Engineering Corp. | | |

| Present:  The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**          **(In Chambers) Order for Further Status Report or Motion**


In accordance with the court's February 23, 2026 Order Granting Plaintiff's Motion for an Interlocutory Order for Accounting, on May 4, 2026, plaintiff filed a status report.  Plaintiff reports that, as of that date, defendant had not complied with the court's order.  Plaintiff proposed that by June 30 it either provide the court with a further status update or file an application for an order to show cause re contempt.  The court agrees with that proposal.

Accordingly, by June 30, 2026, plaintiff shall file a further status report with the court, unless by that date plaintiff has filed an application for an order to show cause re contempt or other motion for relief in connection with this matter.